UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>MISSION GORGE DEVELOPMENT CO., a California Corporation;<br>THE LIBRARY TAVERN, a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 3:19-CV-02145-LAB-MDD<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 17) is **GRANTED** and this action is dismissed with prejudice. The parties shall each bear their own attorneys' fees and costs. The Court does <u>not</u> retain jurisdiction to interpret or enforce any settlement agreement between the parties.

Dated: March 13, 2020　　　_/s/ Larry A. Burns_
　　　　　　　　　　　　　　Hon. Larry A. Burns
　　　　　　　　　　　　　　Chief United States District Judge